```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A01-0162--CR (JWS)
                  "USA V JAMES F. SHANIGAN"
                  DEF 1.1 SHANIGAN, JAMES F.
```

In public format, including terminated defendants, excluding terminated counsel

```
  Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed: 10/29/01
           Closed: 03/06/02
No. of Defendants: 1
   MJ Case Number:
              AKA:
  Location status: Fugitive
       Trial date:
       Terminated: YES
 Needs interpreter: NO
 Counsel of record: John C. Pharr
                   Law Offices of John C. Pharr
                   733 W. 4th Avenue, Suite 308
                   Anchorage, AK 99501-2103
                   907-272-2525
                   FAX 907-277-9859
                   Serve: YES
                    Type: CJA
                    Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Joseph W. Bottini
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 SHANIGAN, JAMES F.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 INF | 1 | 18:472 PASSING COUNTERFEIT OBLIGATION OF THE UNITED STATES (F) | Sentenced (29-1) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A01-0162--CR (JWS)
                              "USA V JAMES F. SHANIGAN"

                         In public format, for all filing dates
```

```
 Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
           Filed: 10/29/01
          Closed: 03/06/02
No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 10/29/01 | [Re: DEF 1] PLF 1 Information. |
| NOTE - 1 | 11/01/01 | Issued: Summons |
| NOTE - 2 | 11/01/01 | Issued: Proposed Trial Date Setting for Arr to CMC for USDJ. |
| 2 - 1 | 11/01/01 | [Re: DEF 1] JDR Minute Order re Arr set for 12/5/01 at 9:30 a.m. cc: USA, USM, USPO, J. Shanigan w/USM cy |
| NOTE - 3 | 11/05/01 | Re-Issued: Summons |
| 3 - 1 | 11/05/01 | [Re: DEF 1] JDR Minute Order re Arr set for 12/5/01 is RESET for 12/4/01 at 9:30 a.m. cc: USA, USM, USPO, J. Shanigan w/USM cy |
| 4 - 1 | 11/06/01 | USM Return of summons re: DEF 1 unexecuted. |
| 5 - 1 | 11/07/01 | [Re: DEF 1] JDR Minute Order that ARR set for 12/5/01 at 9:30 am is VACATED. Govt to provide court w/appropriate address w/in 30 days. cc:USA, USM, PO |
| 6 - 1 | 11/07/01 | [Re: DEF 1] JDR Minute Order re Minute Order issued (5-1) is hereby VACATED; Arr set for 12/4/01 at 9:30 a.m. cc: USA, USM, USPO |
| 7 - 1 | 11/08/01 | USM Return of svc of summons re: DEF 1 on 11/06/01. |
| 8 - 1 | 11/09/01 | [Re: DEF 1] PLF 1 motion for expedited arr date |
| 8 - 2 | 11/09/01 | [Re: DEF 1] PLF 1 motion for consideration on shortened time re 8-1. |
| 8 - 3 | 11/13/01 | [Re: DEF 1] AHB Order granting motion for expedited arr date (8-1), motion for consideration on shortened time re 8-1 (8-2); Arr RESET for 11/19/01 at 3:00 p.m. before MJ Roberts. cc: USA, USM, USPO |
| 9 - 1 | 11/20/01 | [Re: DEF 1] JDR Court Minutes [ECR: Debby Willoughby-Lyons] ARR on Felony Information held 11/18/01. Financial Aff filed; FPD not present, FPD notified by phone. Govt cnsl states there is a conflict CJA cnsl will need to be appointed. Continued ARR/Status Hrg set for 11/23/01 at 10am. Bond set at $5,000.00 unsecured; appearance bond filed; order setting conditions of release filed; def to be processed by USM today; def to see PTS following processing by the USM. cc:USA, J. Pharr, USM, PO |
| 10 - 1 | 11/20/01 | DEF 1 Financial Affidavit. |
| 11 - 1 | 11/20/01 | DEF 1 Appearance bond of $5,000.00 unsecured. |
| 12 - 1 | 11/20/01 | [Re: DEF 1] Order setting conditions of release that def will appear as required and execute an unsecured bond of $5,000.00. cc: USM, J. Pharr, USM, PO |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A01-0162--CR (JWS)
"USA V JAMES F. SHANIGAN"

In public format, for all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 13 - | 1 | 11/21/01 | [Re: DEF 1] CJA appointment of John C. Pharr. |
| NOTE - | 4 | 11/26/01 | Issued: Speedy Trial Notice to Judge Sedwick. cc: Pam Richter |
| NOTE - | 5 | 11/26/01 | not used |
| 14 - | 1 | 11/26/01 | [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] re Status Grg/Cont Arr on Felony Info (held 11/23/01); J. Pharr apptd; def waived Indt; def pled not guilty; PTM's due 12/10/01; cnsl advised of trial date 2/6/02; cond's of rel to remain as prev set. cc: USA, J. Pharr. USM, USPO, Judge Sedwick |
| 15 - | 1 | 11/26/01 | [Re: DEF 1] Waiver of indictment. |
| 16 - | 1 | 11/26/01 | [Re: DEF 1] JDR Order regarding preparation for trial re PTM's due 12/10/01; cnsl to meet & confer by 11/23/01. cc: USA, J. Pharr |
| 17 - | 1 | 11/29/01 | [Re: DEF 1] JWS Minute Order vacating 2/6/02 TBJ date announced at arr and setting TBJ for 1/28/02 at 9:00 a.m. and FPTC for 1/28/02 at 8:30 a.m.. cc: USA, J. Pharr, USM, USPO, MJ Roberts, JC |
| 18 - | 1 | 12/07/01 | [Re: DEF 1] JDR Minute Order re pltf to file dscvy conf cert & show cause due 12/14/01. cc: USA, J. Pharr |
| 19 - | 1 | 12/10/01 | [Re: DEF 1] PLF 1 discovery certification. |
| 20 - | 1 | 12/18/01 | DEF 1 Notice of Intent to change plea. |
| 21 - | 1 | 12/19/01 | [Re: DEF 1] JWS Minute Order setting PCOP on 12/28/01 at 11:00 a.m.. cc: USA, J. Pharr, USM, USPO, MJ Roberts, JC |
| 22 - | 1 | 12/19/01 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 23 - | 1 | 12/28/01 | [Re: DEF 1] JWS Court Minutes [ECR: Bonnie Boyer] COP, held 12/28/01; pled guilty ct 1 of information; ios to be set by m.o; TBJ & FPTC vacated; def to remain on bond. cc: USA, USM, PO, J. Pharr, JC, MJ Roberts |
| 24 - | 1 | 12/28/01 | [Re: DEF 1] JWS Minute Order setting ios for 3/6/02 at 8:30 a.m.  cc: USA, USM, PO, J. Pharr, MJ Roberts |
| 25 - | 1 | 01/03/02 | [Re: DEF 1] JWS Amended Minute Order setting IOS on 3/6/02 at 8:30 a.m.. cc:  USA, J. Pharr, USM, USPO, MJ Roberts |
| 26 - | 1 | 02/27/02 | DEF 1 Sentencing Memorandum. |
| 27 - | 1 | 02/28/02 | {SEALED} |
| 28 - | 1 | 03/06/02 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] re: IOS held 3/6/02; def sentenced 36 mos prob; $100.00 SA; $7,350.00 in restitution. |
| 29 - | 1 | 03/06/02 | [Re: DEF 1] JWS Judgment pleaded guilty to ct 1 of the Info (1-1); def sentenced to 36 mos prob; $100.00 SA; $7,350.00 in restitution due jointly and severally w/DEFs 1-4 in A01-126 CR and DEF 1 in A01-161 CR. cc: USA, J. Pharr, Def w/cnsls cy, FLU, USM, USPO, MJ Roberts |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A01-0162--CR (JWS)
"USA V JAMES F. SHANIGAN"
```

In public format, for all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 30 - | 1 | 03/29/02 | [Re: DEF 1] Partial Transcript re:IOS held 3/6/02. |
| 31 - | 1 | 05/14/02 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - | 6 | 05/16/02 | Issued: writ of execution re: DEF 1 on PFD. |
| 32 - | 1 | 07/25/02 | {SEALED} |
| 32 - | 2 | 07/26/02 | {SEALED} |
| 33 - | 1 | 10/22/02 | USM Return of svc on writ of execution re: DEF 1 no funds on 5/20/02. |
| NOTE - | 7 | 04/07/04 | {SEALED} |
| 34 - | 1 | 04/07/04 | {SEALED} |