PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

## United States District Court

for the

District of Alaska

UNITED STATES OF AMERICA

      v.                          Case No.   A01-0162 CR (JWS)

James Shanigan

      On March 6, 2002, the above-named was placed on probation for a period of 3 years. On March 26, 2004, the defendant was entered into the Alaska Public Safety Information Network (APSIN) by the Alaska State Troopers (AST) as "missing." On that same day, the U.S.P.O. contacted a family member, who advised that the missing person report had been made by the defendant's family. By April 6, 2004, the U.S.P.O. had not received a monthly supervision report from the defendant as required by the Judgement. On April 7, 2004, a Petition for Warrant or Summons for Offender Under Probation was filed and a warrant was issued for the defendant's arrest. The defendant's probation was to expire on March 5, 2005.

      On April 20, 2006, AST sent out a notice on "found human remains." On June 8, 2006, the State Medical Examiner's Office positively identified the remains as James F. Shanigan.

      It is accordingly recommended that James Shanigan be discharged from supervision, that the proceedings in the case be terminated, and that the outstanding warrant be quashed.

Respectfully submitted,

**REDACTED SIGNATURE**

Beth A. Mader
U.S. Probation/Pretrial Services
Officer

### ORDER OF THE COURT

      Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated *and the outstanding warrant is quashed.*

Dated this _29th_ day of _June_, 20_06_.

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge